828

No. 88–7118.  SULIE *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–7119.  MRAMOR *v.* MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 88–7137.  JACK *v.* BUTLER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 88–7139.  STUTZMAN *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 88–7145.  MORISSETTE *v.* BROWN.  C. A. 7th Cir.  Certiorari denied.

No. 88–7158.  SELBY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 88–7160.  THOMPSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–7190.  FERENC *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–7204.  KERKMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 88–7212.  EMOND *v.* UNITED STATES;
No. 88–7316.  GORMAN *v.* UNITED STATES;
No. 88–7373.  STELTEN *v.* UNITED STATES;
No. 88–7393.  HAWLEY *v.* UNITED STATES; and
No. 88–7544.  HAWLEY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 867 F. 2d 446.

No. 88–7214.  SILVAGGIO *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 88–7218.  CORREA *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.